

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on July 31, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Winsome Yvonne Barnes

Case No.: 18-24176

Chapter: 13

Judge: Kathryn C. Ferguson

# ORDER DISMISSING CASE ON COURT'S ORDER TO SHOW CAUSE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 31, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The court having entered an Order to Show Cause as highlighted below, and having considered all objections, if any, or held a hearing at the request of a party,

- ☒ Order to Show Cause Why Case Should Not Be Dismissed for Debtor's Failure to File Documents.

- ☒ Order to Show Cause Why Case Should Not Be Dismissed for Debtor's Failure to Meet Credit Counseling Requirements,

- ☐ Order to Show Cause Why Case Should Not Be Dismissed for Debtor's Failure to Comply with D.N.J. LBR 1006-1, Payment of Filing Fees in Installments,

- ☐ Order to Show Cause Why Case Should Not Be Dismissed for Debtor's Failure to Make Installment Payment(s) Or Pay Miscellaneous Filing Fees,

- ☐ Order to Show Cause Why Case Should Not Be Dismissed for Corporate Debtor's Failure to Obtain Counsel,

- ☐ Order to Show Cause Why Case Should Not Be Dismissed Due to Debtor's Ineligibility to be a Debtor Under Chapter 13 of the Bankruptcy Code,

- ☐ Other: _____
_____

And the debtor having failed to resolve or otherwise satisfy the Order(s) to Show Cause,

IT IS ORDERED that this case is dismissed and any discharge entered in this case is vacated. All outstanding fees due to the Court must be paid within seven (7) days of the date of this Order.

*rev.10/5/17*

United States Bankruptcy Court
District of New Jersey

In re:  
Winsome Yvonne Barnes  
    Debtor

Case No. 18-24176-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Jul 31, 2018  
               Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2018.  
db         +Winsome Yvonne Barnes,    154 Johnston Dr,    Watchung, NJ 07069-4907

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                             TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2018                                             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2018 at the address(es) listed below:  
           Albert   Russo    docs@russotrustee.com  
           Kevin Gordon McDonald    on behalf of Creditor    M&T BANK kmcdonald@kmllawgroup.com,  
            bkgroup@kmllawgroup.com  
           Kevin Gordon McDonald    on behalf of Creditor    Ditech Financial, LLC. kmcdonald@kmllawgroup.com,  
            bkgroup@kmllawgroup.com  
           Rebecca Ann Solarz    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper  
            rsolarz@kmllawgroup.com  
           Rebecca Ann Solarz    on behalf of Creditor    M&T BANK rsolarz@kmllawgroup.com  
           Steven P. Kelly    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,  
            AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES,SERIES 2007-13  
            skelly@sterneisenberg.com,    bkecf@sterneisenberg.com  
           Steven P. Kelly    on behalf of Creditor    U.S. Bank Trust, N.A., as Trustee for LSF9 Master  
            Participation Trust skelly@sterneisenberg.com,    bkecf@sterneisenberg.com  
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                       TOTAL: 8